**Dismiss and Opinion Filed July 2, 2021**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00221-CV**

**SIEMENS GAMESA RENEWABLE ENERGY, INC. AND SIEMENS
ENERGY, INC., Appellants/Cross-Appellees**

**V.**

**ARCOSA WIND TOWERS, INC., Appellee/Cross-Appellant**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13334**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

The parties have settled their differences and have filed a joint motion to

voluntarily dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1. We grant

the motion and dismiss the appeal and cross-appeal. *See id.*

/Cory L. Carlyle//
210221f.p05                          CORY L. CARLYLE
                                     JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SIEMENS GAMESA RENEWABLE
ENERGY, INC. AND SIEMENS
ENERGY, INC., Appellants/Cross-
Appellees

No. 05-21-00221-CV     V.

ARCOSA WIND TOWERS, INC.,
Appellee/Cross-Appellant

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-13334.
Opinion delivered by Justice Carlyle,
Justices Schenck and Reichek
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal and cross-appeal.

As agreed upon by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this day of July 2, 2021.